UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CONG MINH TRAN and
PHUONG HUYNH,

                Plaintiffs,

    v.

WASHINGTON MUTUAL BANK,
QUALITY LOAN SERVICE
CORPORATION; LASALLE BANK,
NA; GLOBAL EQUITY LENDING;
JANYCE PHAM and DOES 1-20,
inclusive,

                Defendants.

NO. CIV. S-09-3277 LKK/DAD

O R D E R

It has come to the court's attention that the court has opened a minimal account for his daughter with Washington Mutual Bank. Upon review and consideration of the case, the court determines that this interest presents no conflict in the fair adjudication of the case and that recusal is not necessary.

IT IS SO ORDERED.

DATED: December 2, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1