UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CONG MINH TRAN AND
PHUONG HUYNH,

                              NO. CIV. S-09-3277 LKK/DAD

    Plaintiffs,

  v.

                              O R D E R

WASHINGTON MUTUAL BANK,
et al.,

    Defendants.
_____/

    In an order filed March 1, 2010 (Dkt. No. 25), the court ordered plaintiffs' counsel to show cause why a sanction of $250 should not issue for counsel's failure to comply with the local rules.  Plaintiffs' counsel filed a response conceding that the sanction was appropriate and stating that a check for this amount had been tendered to the court.  (Dkt. No. 31.)  In an order filed March 11, 2010, the court held that no sanction beyond $250 was required, but that counsel must tender an affidavit affirming that her clients would not be made responsible for this sum.  (Dkt. No.

1

34.)  The court neglected to provide a deadline for the filing of this affidavit.

It is now June 30, over three months since that order was issued.  The required affidavit has not been filed.  Perhaps more troublingly, review of the docket and the court's internal records discloses no evidence that counsel ever actually paid the $250 sanction.  Accordingly, the court ORDERS as follows:

1. Counsel for plaintiffs is reminded of the obligations imposed by the court's March 11, 2010 order.

2. Counsel for plaintiffs is hereby ORDERED TO PERSONALLY APPEAR for a hearing on an ORDER TO SHOW CAUSE as to whether the $250 was paid, if not, why further sanctions should not issue counsel's failure to comply with court orders and for counsel's apparent misrepresentation to the court, and also whether further sanctions should issue for failure to file the required affidavit.  See Local Rule 110.  Counsel is strongly encouraged to meet her preexisting obligations prior to this hearing, but counsel is cautioned that doing so will not cause the court to vacate the hearing.  This hearing is SET for on Monday, July 26, 2010 at 10:00 a.m. in courtroom 4.

IT IS SO ORDERED.

DATED: July 2, 2010.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2